IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


FILED NOV 24 2010

JEREMY FONTANEZ : CIVIL ACTION

v. :

RONNIE HOLT, et al. : NO. 10-2877

## ORDER

AND NOW, this 24th day of November, 2010, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, Chief United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for a writ of habeas corpus is **DISMISSED**; and
3. A certificate of appealability is not granted.

BY THE COURT:

R. BARCLAY SURRICK, J.

ENTERED
NOV 26 2010
CLERK OF COURT